Rcpt #446634

UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CASE NO.: 04-26076-BKC-RBR
PROCEEDING UNDER CHAPTER 13

NEVILLE PALMER
XXX-XX-5654
CATHERINE NIXON PALMER
XXX-XX-2889

DEBTORS_____/



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

DEC 1 0 2009

FILED ____ RECEIVED ____

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $1376.80 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 9th day of December, 2009.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

<u>DEBTORS</u>
NEVILLE PALMER
CATHERINE NIXON PALMER
3610 N.W. 28TH COURT
FT. LAUDERDALE, FL 33311

<u>ATTORNEY FOR DEBTORS</u>
BEVERLY FOX, ESQUIRE
2800 W OAKLAND PARK BLVD.
SUITE 301
FT.LAUDERDALE 33311

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

<u>**Attachment - Listing of Claimant**</u>

Case Number:    04-26076-BKC-RBR

Creditor No.:   416079

Claimant:       FLEET CREDIT CARD SVCS
                C/O BANK OF AMERICA
                2 COMMERCIAL PLACE 8TH FL
                NORFOLK, VA 23510

**UNITED STATES**
**BANKRUPTCY COURT**
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**# 446634    — MA**

**December 10, 2009**
**15:48:53**

**UNCLAIM**
**04-26076**

Debtor.: NEVILLE PALMER
Judge..: RAYMOND B RAY
Trustee: ROBIN WEINER
Amount.:              $1,376.80 CH


**Total-> $1,376.80**


FROM: NEVILLE PALMER